AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

MICHAEL WHITMORE

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1683-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 27, 2003** in **Suffolk** county, in the _____ District of **Massachusetts** defendant(s) did, (Track Statutory Language of Offense)

having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possess, in and affecting commerce, a firearm, to wit a Smith and Wesson Model 3914, 9mm pistol, serial number TFA2157, and ammunition, to wit 9 rounds of SPEER 9mm ammunition

in violation of Title **18** United States Code, Section(s) **922(g)(1)**.

I further state that I am a(n) **Special Agent, BATF** and that this complaint is based on the following
Official Title

facts:

See attached affidavit of Thomas F. Crowley.

Continued on the attached sheet and made a part hereof: ☑ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

**2-25-04** at Boston, Massachusetts
Date                                                                City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE  _____
Name & Title of Judicial Officer                             Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.