## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: _Charles B. Swartwood, III_ | Date: _February 26, 2004_ |
| Courtroom Clerk: _Bachrach_ | Tape Number: _3:32 p.m._ Time In Court: _15_ min. |
| Case: USA v. _Whitmore_ | Case Number: _04-1683-CBS_ |
| AUSA: _Capin_ | Defense Counsel: _Watkins_ |
| PTSO/PO: _Ryan_ | Court Reporter: |

### TYPE OF HEARING

[X] **Initial Appearance**
[X] Arrested:   [X] on warrant   [ ] on probable cause
[ ] Defendant Sworn
[X] Advised of Charges
[X] Advised of Rights
[ ] Requests Appointment of Counsel
[X] Will Retain Counsel
[ ] Court Orders Counsel be Appointed
[X] Government Requests Detention & Continuance

[ ] **Arraignment**
[ ] Defendant Waived Reading of Indictment
[ ] Defendant Pleads Not Guilty to Counts_____
[ ] **Removal Hearing/Rule 40**
[ ] Defendant Waives Identity Hearing
[ ] Defendant Ordered Removed to Charging District. Order to Issue.
[ ] Defendant Released, Conditions Remain/ Modified/Set
[ ] Identity Established

[ ] **Preliminary Examination (Rule 5 or Rule 32.1)**
[ ] Probable Cause Found
[ ] Identity Established
[ ] Defendant Waives Identity Hearing
[ ] Defendant Waives Preliminary Examination

[ ] **Bail Hearing**
[ ] Bail Revoked, Defendant Ordered Detained
[ ] Defendant Released, Conditions Remain/Modified
[ ] Defendant Released on _____ with Conditions

[ ] **Detention Hearing**
[ ] Defendant Requests a Continuance
[ ] Defendants Consent to Voluntary Detention
[ ] Defendant Detained, Order to Issue
[ ] Defendant Released on _____ with conditions
[ ] Detention Taken Under Advisement

[ ] **Preliminary Probation Revocation Hearing**
[ ] Defendant Ordered Detained
[ ] Defendant Released

[ ] **Miscellaneous Hearings**
[ ] Attorney Appointment Hearing
[ ] Change of Plea (Rule 11) Hearing
[ ] Material Witness Hearing
[ ] Motion Hearing
[ ] Status Conference
[ ] Other _____

### CONTINUED PROCEEDINGS

_____ set for ____ at _____

### REMARKS

Case called, Counsel and defendants appear for initial appearance. Defendant informs counsel will retain own counsel.

Government moves for detention probable cause and detention hearing set for March 5 at 11:00 a.m.